United States District Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CIPRIANO RODRIGUEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-150 |
| | § | |
| ANTONY BLINKEN, | § | |
| *as Secretary of State*, | § | |
| Defendant. | § | |

## ORDER ON STIPUATED DISMISSAL

On October 13, 2023, Plaintiff Rodriguez filed his complaint. Dkt. No. 1. In his complaint, Plaintiff requested that this Court issue a Declaratory Judgment declaring him to be a U.S. citizen and issue a permanent injunction, enjoining Defendant Antony Blinken from not issuing him a U.S. passport. *Id.* at 3.

On January 16, 2024, Defendant Blinken filed notice with the Court stating that the United States Department of State issued a U.S. passport card to Plaintiff Rodriguez on December 13, 2023. Dkt. No. 12.

On January 16, 2024, the Court received a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 14. This Rule permits a plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case have been dismissed without prejudice. The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on January 16, 2024.

Karen Betancourt
United States Magistrate Judge